CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 2 3 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES E. ROSE, | ) |
| Petitioner, | ) Civil Action No. 7:05CV0008 |
| v. | ) **ORDER** |
| | ) By: Hon. Jackson L. Kiser |
| WARDEN BLEDSOE, | ) Senior United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that Rose's petition for habeas corpus relief under 28 U.S.C. § 2241 is **DISMISSED**.

The Clerk is directed to strike the case from the active docket of the court, and to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 23rd day of September, 2005.

Senior United States District Judge